

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2022

No. 04-22-00125-CV

**IN THE INTEREST OF S.C**. and M.E.B., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01853
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

In this accelerated appeal, before the twice-extended due date, court reporter Judy Mata filed a third notification of late record requesting an additional ten days to prepare the reporter's record.

The request is granted. The reporter's record is due on April 7, 2022. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court